NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL STEPHEN McKINNEY,
DOC #391008,

   Appellant,

v.           Case No. 2D18-2162

STATE OF FLORIDA,

   Appellee.

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Joseph A. Bulone, Judge.

PER CURIAM.

     Affirmed.

KELLY, SALARIO, and BADALAMENTI, JJ., Concur.